**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000472
02-DEC-2021
01:32 PM
Dkt. 35 OAWST**

NO. CAAP-21-0000472

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
ALFRED ULAT, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DTC-21-001354)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Leonard, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed October 28, 2021, by Defendant-Appellant Alfred Ulat (Ulat), the papers in support, and the record, it appears that the parties stipulate to dismiss this docketed appeal, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), and attached to the stipulation is Ulat's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal is dismissed without prejudice.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, December 2, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge